UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF GEORGIA

SAVANNAH DIVISION

| | | |
|---|---|---|
| RODERICK BO JACKSON, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. CV415-079 |
| | ) | |
| KEVIN JOSEPH GROGAN, *et al.*, | ) | |
| | ) | |
| Defendant. | ) | |

## REPORT AND RECOMMENDATION

Roderick Bo Jackson filed this 42 U.S.C. § 1983 action alleging that he was arrested pursuant to a warrant that constituted a "false document" because the judge's signature was not "legible." Doc. 1 at 7.[1] This is one of four civil cases Jackson has commenced in this Court related to his arrest and prosecution on aggravated assault charges.[2]

---

[1] The Court is citing to the CM/ECF page numbers imprinted by its docketing software at the top of each document.

[2] In each case Jackson alleges that one or more state officials (a police detective, prosecutor, and/or judge) violated his constitutional rights during the investigation and prosecution of state criminal charges arising from his arrest on September 30, 2013. *Id.*; *Jackson v. Phillips*, CV415-127 (filed May 11, 2015); *Jackson v. Ruffini*, CV414-250 (filed November 17, 2014); *Jackson v. Grogan*, CV414-249 (filed

Here, he seeks both the dismissal of the criminal case and $100,000 in damages for his "pain and suffering." *Id.* at 8. This complaint, like his others, is frivolous and should be dismissed upon initial screening pursuant to 28 U.S.C. § 1915A (which requires early screening and dismissal of prisoner/detainee complaints against governmental entities or officials that are frivolous or malicious, fail to state claim for relief, or seek monetary damages from a defendant who is immune from such relief) and 28 U.S.C. § 1915(e)(2)(B) (imposing the same dismissal obligation as to any factually or legally insubstantial complaint filed *in forma pauperis*).

As part of his claim for relief, Jackson requests that his aggravated assault case "be dropped," which would require his immediate or speedier release from custody. Doc. 1 at 8. It is well established, however, that "a prisoner in state custody cannot use a § 1983 action to

---

November 17, 2014). Jackson's central claim is this: although he was properly charged with, and confessed to, the misdemeanor offense of obstruction by fleeing, he was falsely charged and prosecuted for various felony offenses (each dependent upon his possession of a firearm). Since the filing of these complaints, Jackson was tried by a jury, convicted, and sentenced in the Superior Court of Chatham County, Georgia on one of the felony charges. *See* attached criminal docket (reflecting his sentencing on Aug. 7, 2015).

challenge 'the fact or duration of his confinement.'" *Wilkinson v. Dotson*, 544 U.S. 74, 77 (2005) (quoting *Preiser v. Rodriguez*, 411 U.S. 475, 489 (1973)). Because Jackson is seeking the dismissal of the state criminal charges pending at the time he filed his complaint (and hence is challenging the validity of his subsequent conviction on those charges), "his sole federal remedy is a writ of habeas corpus." *Preiser*, 411 U.S. at 500. But before he can seek federal habeas relief, he must first exhaust his state court remedies. *Wilkinson*, 544 U.S. at 79 ("habeas corpus actions require petitioner fully to exhaust state remedies, which § 1983 does not"); *Fain v. Duff*, 488 F.2d 218, 223 (5th Cir. 1973) (the exhaustion requirement codified in § 2254(b) applies to all habeas corpus actions, including § 2241 petitions); *Thomas v. Crosby*, 372 F.3d 782, 786 (11th Cir. 2004) (Tjoflat, J., concurring). If Jackson wishes to proceed via habeas corpus, he must submit a separate petition in compliance with the applicable rules. Again, however, any such petition would be subject to immediate dismissal for lack of exhaustion of his available state remedies, for it is clear that Jackson could not possibly have done so in the short time since his August 2015 state sentencing proceeding.

Jackson also seeks monetary damages from Kevin Grogan, the officer who executed the warrant for his arrest, as well as the "Chatham County Police Department" and the Recorder's Court Judge who "supposedly signed" the warrant. *Id.* at 1, 4. He contends that the warrant was "a false document" because the judge's signature is illegible. Because this suit relates to the "*wrongful institution* of legal process" by a state official, Jackson's cause of action rests upon a theory of malicious prosecution rather than false arrest. *Wallace v. Kato*, 549 U.S. 384, 390 (2007) (emphasis in original). The Eleventh Circuit "has identified malicious prosecution as a violation of the Fourth Amendment and a viable constitutional tort cognizable under § 1983." *Wood v. Kesler*, 323 F.3d 872, 881 (11th Cir. 2003). But an essential element of a malicious prosecution claim is the termination of the criminal prosecution in the plaintiff's favor. *Id.* at 882. At the time he filed his complaint Jackson's state criminal case was still pending, and the attached state court docket reflects that the state criminal proceeding culminated in his conviction following a jury trial in the local superior court. Jackson, therefore, cannot bring suit challenging the wrongful issuance of legal process (his arrest warrant) until that conviction is overturned.

Even were this not the case, Jackson would still lose on initial review. Jackson does not contend that the Recorder's Court failed to issue the arrest warrant but only that the judge's signature on that warrant is illegible. In fact, he furnishes a copy of the arrest warrant reflecting that the judge *did* sign the warrant. Judges, like everyone else, sometimes have bad penmanship or otherwise develop an abbreviated signature that more resembles a mysterious glyph than a script that is actually readable. But any distinctive mark can suffice as a signature on a bank check, promissory note, contract, marriage license, will, *or* judicial order. Indeed, there is no constitutional requirement that a warrant contain a signature of any kind, much less a readable one. U.S. Const. amend. IV; *see United States v. Cruz*, 774 F.3d 1278, 1285 (10th Cir. 2014) (unsigned search warrant not facially invalid); *United States v. Lyons*, 740 F.3d 702, 727 (1st Cir. 2014) ("we find no sufficient reason to read a signature requirement into the Fourth Amendment"); *United States v. Eubank*, 2015 WL 3557962 at * 2, n. 2 (S.D. Ga. Mar. 31, 2015). None of Jackson's rights, therefore, were violated because the signature on the warrant failed to meet his personal standards of good penmanship.

Finally, even if Jackson's complaint stated a non-frivolous claim for relief (which it does not), judges are entitled to absolute immunity for all actions taken within their judicial capacity, except when they act in the clear absence of all jurisdiction. *Harris v. Goderick*, 608 F. App'x 760, 762 (11th Cir. Apr. 22, 2015). The signing of an arrest warrant is clearly an act taken by a judge in the course of his judicial duties. The defendant judge, therefore, enjoys absolute immunity from suit on the theory raised in Jackson's complaint. *Id.* at 763 (judge entitled to absolute immunity for mistakenly issuing warrant for plaintiff's arrest).

Jackson has failed to state any plausible claim for relief, and there is no hope that if given a chance to amend he could cure the deficiencies of his complaint. His action, therefore, must be dismissed *sua sponte* as legally frivolous or, at the very least, for failure to state a claim. 28 U.S.C. § 1915A (requiring screening "before docketing if feasible or . . . as soon as practicable after docketing"); 28 U.S.C. § 1915(e)(2) (requiring dismissal "at any time" the Court determines the suit to be factually or legally insubstantial).

**SO REPORTED AND RECOMMENDED,** this 8TH day of October, 2015.

*/s/ G.R. Smith*
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA



## CHATHAM COUNTY, GA
### Eastern Judicial Circuit of Georgia

Home　Juvenile Court　Magistrate Court　Probate Court　Recorder's Court　State Court　Superior Court　Court Forms　Court Fees

October 08, 2015　　Location: Case Details　　　　Search...



- CASE LOOKUP
- COURT FORMS
- COURT FEES
- MAP & DIRECTIONS
- JURY SERVICES
- SITE SEARCH

# Case Details

**State**
**VS.**
**JACKSON, RODERICK BO**

- Case Events
- Charges
- Parties
- Proceedings

### Case Information
| | |
|---|---|
| Court: | Superior |
| Case Number: | CR132650 |
| Case Type: | CRIM ATT-ARMED ROBBERY |
| Judge: | HONORABLE MICHAEL KARPF |
| Assistant District Attorney: | BOONE PHILLIPS |
| Date Filed: | 12/18/2013 |
| Status: | CLOSED - JURY GUILTY |
| Disposition Date: | 8/7/2015 |
| Disposition: | JURY GUILTY |

### Defendant Information
| | |
|---|---|
| Name: | JACKSON, RODERICK BO |
| DIN: | P0407495 |
| Gender: | MALE |
| Race: | AFRICAN AMERICAN |
| Height: | 74 |
| Weight: | 138 |
| Eyes: | BROWN |
| Hair: | BLACK |

### Attorney Information
N/A

### Bondsman Information
N/A

### Case Events

| Date | Time | Code | Judge | Action |
|---|---|---|---|---|
| 9/29/2015 11:37:23 AM | 11:37AM | TRANSCRIPT RECEIVED | | |
| 9/29/2015 11:36:18 AM | 11:36AM | TRANSCRIPT RECEIVED | | |
| 9/15/2015 12:52:21 PM | 12:52PM | TRANSCRIPT RECEIVED | | |
| 9/11/2015 1:46:55 PM | 1:46PM | TRANSCRIPT RECEIVED | | |
| 8/7/2015 | 09:05AM | SEN | MICHAEL KARPF | |
| 7/14/2015 | 09:30AM | JURY TRIAL | MICHAEL KARPF | |
| 7/7/2015 | 09:30AM | JURY TRIAL DOCKET REVIEW | MICHAEL KARPF | |
| 6/29/2015 | 09:35AM | MOTION HEARING (MTH) | MICHAEL KARPF | |
| 6/26/2015 | 09:05AM | MOTION HEARING (MTH) | MICHAEL KARPF | |
| 6/10/2015 12:17:40 PM | 12:17PM | TRANSCRIPT RECEIVED | | |
| 5/26/2015 | 09:30AM | JURY TRIAL DOCKET REVIEW | MICHAEL KARPF | RESCHEDULE EVENT |
| 5/7/2015 12:53:03 PM | 12:53PM | TRANSCRIPT RECEIVED | | |
| 5/1/2015 | 09:05AM | MOTION HEARING (MTH) | MICHAEL KARPF | |
| 4/14/2015 | 09:30AM | JURY TRIAL DOCKET REVIEW | MICHAEL KARPF | |
| 4/10/2015 | 09:05AM | MOTION HEARING (MTH) | MICHAEL KARPF | |
| 2/2/2015 | 09:30AM | JURY TRIAL | MICHAEL KARPF | |
| 1/26/2015 | 09:30AM | JURY TRIAL | MICHAEL KARPF | |
| 1/13/2015 | 09:30AM | JURY TRIAL DOCKET REVIEW | MICHAEL KARPF | |
| 10/16/2014 | 2:31PM | ARRAIGN/TRIAL DOCKET CALL | PENNY FREESEMANN | |
| 9/2/2014 | 2:02PM | ARRAIGN/TRIAL DOCKET CALL | PENNY FREESEMANN | |
| 8/8/2014 | 2:30PM | MOTION HEARING (MTH) | PENNY FREESEMANN | |
| 6/16/2014 | 11:00AM | PRETRIAL CONFERENCE | PENNY FREESEMANN | |
| 5/8/2014 | 10:30AM | ARRAIGNMENT/CALENDAR CALL | PENNY FREESEMANN | |

| 5/5/2014 | 09:30AM | ARRAIGNMENT/CALENDAR CALL | PENNY FREESEMANN | RESCHEDULE EVENT |
| 3/11/2014 | 2:30PM | STATUS CONFERENCE HEARING | PENNY FREESEMANN | |

[Return to Top]

**Charges**

| Charge | Description | Counts | Severity | Charge Date | Disposition |
|---|---|---|---|---|---|
| 16-10-24 | OBSTRUCTION | 1 | MISDEMEANOR | 9/30/2013 5:28:15 PM | Guilty 7/17/2015 |
| **Sentencing Details:** | **Description** | | **Fine** | **Duration** | |
| | | | $0.00 | 12 Months-PRISON | |
| 16-11-131 | POSSESS FIREARM BY CONVICTED FELON | 1 | FELONY | 9/30/2013 5:28:27 PM | Guilty 7/17/2015 |
| **Sentencing Details:** | **Description** | | **Fine** | **Duration** | |
| | CONSEC TO Count 7 | | $0.00 | 5 Years-PRISON | |
| 16-4-1 | CRIMINAL ATTEMPT | 1 | FELONY | 12/19/2013 | Not Guilty 7/17/2015 |
| 16-11-106 | POSS FIREARM/KNIFE IN COMMITTING CRIME | 1 | FELONY | 12/19/2013 | Not Guilty 7/17/2015 |
| 16-4-1 | CRIMINAL ATTEMPT | 1 | FELONY | 12/19/2013 | Not Guilty 7/17/2015 |
| 16-11-106 | POSS FIREARM/KNIFE IN COMMITTING CRIME | 1 | FELONY | 12/19/2013 | Not Guilty 7/17/2015 |
| 16-4-1 | CRIMINAL ATTEMPT | 1 | FELONY | 12/19/2013 | Guilty 7/17/2015 |
| **Sentencing Details:** | **Description** | | **Fine** | **Duration** | |
| | | | $0.00 | 10 Years-PRISON | |
| 16-11-106 | POSS FIREARM/KNIFE IN COMMITTING CRIME | 1 | FELONY | 12/19/2013 | Guilty 7/17/2015 |
| **Sentencing Details:** | **Description** | | **Fine** | **Duration** | |
| | | | $0.00 | 5 Years-PRISON | |
| 16-5-24 | AGGRAVATED BATTERY | 1 | FELONY | 12/19/2013 | Guilty 7/17/2015 |
| **Sentencing Details:** | **Description** | | **Fine** | **Duration** | |
| | | | $0.00 | 20 Years-PRISON | |

[Return to Top]

**Proceedings**

| 9/29/2015 11:37:23 AM | 11:37AM | TRANSCRIPT RECEIVED | | | 07/14-17/15 MASTER INDEX TO JURY TRIAL TRANSCRIPT, JUDGE KARPF PRESIDING |
| 9/29/2015 11:36:18 AM | 11:36AM | TRANSCRIPT RECEIVED | | | 07/14-17/15 VOLUME 2, JURY TRIAL TRANSCRIPT, JUDGE KARPF PRESIDING |
| 9/29/2015 | | PRO SE MOTION | | MICHAEL KARPF | MTN FOR EXTENSION OF TIME TO FILE TRANSCRIPTS/ |
| 9/16/2015 | | MEMORANDUM | | | |
| 9/15/2015 12:52:21 PM | 12:52PM | TRANSCRIPT RECEIVED | | | 07/14-17/15 VOLUME 1, JURY TRIAL TRANSCRIPT, JUDGE KARPF PRESIDING |
| 9/11/2015 1:46:55 PM | 1:46PM | TRANSCRIPT RECEIVED | | | 08-07-15 SENTENCING HEARING, JUDGE KARPF PRESIDING |
| 8/28/2015 | | PRO SE MOTION | | | MTN FOR EXTENSION OF TIME TO FILE TRANSCRIPT/ |
| 8/25/2015 | | PRO SE MOTION | | MICHAEL KARPF | MTN FOR NEW TRIAL/ |
| 8/21/2015 | | VERDICT | | | |
| 8/12/2015 | | PRO SE LETTER RECEIVED | | | REQUEST GRAND JURY TRANSCRIPTS/ |
| 8/7/2015 | | EXHIBIT & WITNESS LIST | | | |
| 8/7/2015 | | STATEMENT OF APPEAL | | | |
| 8/7/2015 | | CASE DISPOSED | GUILTY | MICHAEL KARPF | CASE DISPOSED GT |
| 8/7/2015 | 09:05AM | SEN | | MICHAEL KARPF | |
| 7/17/2015 | | VERDICT | | | RECEIPT FOR EVIDENCE/EXHIBIT AND WITNESS LIST/ |

| Date | Time | Event | Status | Judge | Notes |
|---|---|---|---|---|---|
| 7/15/2015 | | PRO SE MOTION | | MICHAEL KARPF | MTN TO QUASH INCITMENT/ |
| 7/15/2015 | | STATE"S JURY CHARGES | | | DEF REQ TO CHARGE/PET FOR USE IMMUNITY FOR WITNESS/ORDER GRANTING USE IMMUNITY TO WITNESS-KEVIN GROGAN/ |
| 7/14/2015 | 09:30AM | JURY TRIAL | | MICHAEL KARPF | |
| 7/10/2015 | | ENTRY OF APPEARANCE | | | ASSISTING PRO SE DEF-THOMAS BATESKI |
| 7/9/2015 | | LIST OF WITNESSES | | | |
| 7/7/2015 | 09:30AM | JURY TRIAL DOCKET REVIEW | | MICHAEL KARPF | |
| 7/2/2015 | | STATES SUPPLEMENTAL DISCOVERY | | | NTC OF RECIDIVIST PROSECUTION/NTC OF INTENT TO INTRO EVIDENCE IN AGGRAVATION/NTC OF INTENT TO IMPEACH WITH PRIOR CONVICTION/LIST OF WITNESSES/NTC OF STATE INTENTION TO OFFER RECORDED JAIL VISITS INTO EVIDENCE/ |
| 6/29/2015 | | EXHIBIT & WITNESS LIST | | | |
| 6/29/2015 | | LIST OF WITNESSES | | | |
| 6/29/2015 | | NOTICE - OF INTENT | | | BY STATE TO OFFER 911 CALL AND POLICE RADIO TRAFFIC INTO EVIDENCE UNDER OCGA 24-8-803/24-9-902 |
| 6/29/2015 | | LIST OF WITNESSES | | | |
| 6/29/2015 | 09:35AM | MOTION HEARING (MTH) | | MICHAEL KARPF | |
| 6/26/2015 | 09:05AM | MOTION HEARING (MTH) | | MICHAEL KARPF | |
| 6/10/2015 12:17:40 PM | 12:17PM | TRANSCRIPT RECEIVED | | | 05-01-15 MOTION HEARING, JUDGE KARPF PRESIDING |
| 6/10/2015 | | PRO SE MOTION | | | MTN RESERVING THE RIGHT TO FILE ADDITIONAL MTNS/ |
| 5/29/2015 | | SPECIAL DEMURRER | | | MY STATEMENT OF INNOCENCE/ |
| 5/28/2015 | | PRO SE MOTION | | | MTN FOR DISCLOSURE OF IMPEACHING INFO/ |
| 5/26/2015 | 09:30AM | JURY TRIAL DOCKET REVIEW | RESCHEDULE EVENT | MICHAEL KARPF | |
| 5/8/2015 | | PRO SE MOTION | | | MTN FOR DISCLOSURE OF SIMILAR OR EXTRINSIC ACT EVIDENCE AND FOR A PRETRIAL HEARING TO DETERMINE THE AMISSIBILITY OF ANY ACTS ALLEGED BY THE STATE TO BE SIMILAR TRANSACTION/ |
| 5/7/2015 12:53:03 PM | 12:53PM | TRANSCRIPT RECEIVED | | | 04-14-15 JURY DOCKET REVIEW, JUDGE KARPF PRESIDING |
| 5/4/2015 | | ORDER | | | MTN TO SUPPRESS-DENIED/MTN TO CONTINUE-GRANTED/MTN TO DEMURRER-DENIED/ |
| 5/1/2015 | 09:05AM | MOTION HEARING (MTH) | | MICHAEL KARPF | |
| 4/29/2015 | | PRO SE MOTION | | | CONSOLIDATED MTNS PKG/ |
| 4/27/2015 | | PRO SE LETTER RECEIVED | | | |
| 4/23/2015 | | PRO SE MOTION | | | MTN TO ACT PRO SE WITH ASSISTANCE OF COUNSEL/ |
| 4/21/2015 | | PRO SE MOTION | | | MTN TO SUPPRESS/ |
| 4/20/2015 | | PRO SE MOTION | | | MTN TO COMPEL/MTN FOR EXTENSION OF TIME TO PREPARE TRIAL DEFENSE/ |
| 4/14/2015 | | PRO SE MOTION | | | SPECIAL DEMURRER AND MTN TO DISMISS THE INDICTMENT/ |
| 4/14/2015 | 09:30AM | JURY TRIAL DOCKET REVIEW | | MICHAEL KARPF | |
| 4/10/2015 | 09:05AM | MOTION HEARING (MTH) | | MICHAEL KARPF | |
| 4/9/2015 | | PRO SE LETTER RECEIVED AND CLERKS RESPONSE | | | |

| Date | Time | Event | Status | Judge | Notes |
|---|---|---|---|---|---|
| 3/20/2015 | | ORDER | | | MTN TO WITHDRAW ATTY SOLOMON AMUSAN-GRANTED/ |
| 3/11/2015 | | MOTION - TO WITHDRAW ATTY | | | S0OLOMON AMUSAN/ |
| 3/2/2015 | | PRO SE LETTER RECEIVED | | | |
| 2/2/2015 | 09:30AM | JURY TRIAL | | MICHAEL KARPF | |
| 1/30/2015 | | STATES SUPPLEMENTAL DISCOVERY | | | |
| 1/28/2015 | | LIST OF WITNESSES | | | |
| 1/26/2015 | | MOTION - IN LIMINE | | | TO EXCLUDE THE USE OF THE PREJUDICIAL TERM VICTIM/MTN IN LIMINE/ |
| 1/26/2015 | 09:30AM | JURY TRIAL | | MICHAEL KARPF | |
| 1/20/2015 | | LIST OF WITNESSES | | | |
| 1/20/2015 | | NOTICE TO CLERK OF SUPERIOR COURT | | | |
| 1/13/2015 | 09:30AM | JURY TRIAL DOCKET REVIEW | | MICHAEL KARPF | |
| 12/4/2014 | | ORDER | | | OMNIBUS ORDER/ STATE"S MOTION TO DISMISS MOTION TO SUPPRESS - GRANTED DEFENDANT"S JACKSON-DENNO MOTION AND STATE"S MOTION IN LIMINE REGARDING SELF-SERVING STATEMENTS - GRANTS/ DEFENDANT"S MOTION TO SUPPRESS IDENTIFICATION - DENIED/ STATES 404(B) MOTION - GRANTED/ |
| 10/23/2014 | | PRO SE LETTER RECEIVED AND CLERKS RESPONSE | | | |
| 10/16/2014 | 2:31PM | ARRAIGN/TRIAL DOCKET CALL | | PENNY FREESEMANN | |
| 9/5/2014 | | TRANSCRIPT RECEIVED | | | MOTIONS HEARING AUGUST 8,2014 |
| 9/2/2014 | 2:02PM | ARRAIGN/TRIAL DOCKET CALL | | PENNY FREESEMANN | |
| 8/20/2014 | | BRIEF | | | STATE"S BRIEF IN SUPPORT OF ADMISSIONS OF TRANSACTIONS PROFFERED (404)B/ |
| 8/12/2014 | | STATES DISC RESTRICTED ACCESS 35-3-38 | | | PURSUANT TO O.C.G.A.§35-6-38/ |
| 8/8/2014 | | EXHIBIT & WITNESS LIST | | | |
| 8/8/2014 | | MOTION - IN LIMINE | GRANTED | | REGARDING SELF SERVING STATEMENTS/ |
| 8/8/2014 | 2:30PM | MOTION HEARING (MTH) | | PENNY FREESEMANN | |
| 7/28/2014 | | LIST OF WITNESSES | | | |
| 7/21/2014 | | ORDER | | | ORDER ON DEF MOTION FOR EXTENSION OF TIME TO FILE ADD MOTIONS-GRANTED/ |
| 7/15/2014 | | MOTION | GRANTED | | MOTION FOR EXTENSION OF TIME TO FILE ADDITIONAL MOTIONS/ |
| 7/8/2014 | | STATES SUPPLEMENTAL DISCOVERY | | | AMENDED/ |
| 7/8/2014 | | NOTICE OF TRANSACTIONS PUR OCGA 24-4-404(B) | GRANTED | | |
| 7/1/2014 | | STATES DISC RESTRICTED ACCESS 35-3-38 | | | SEALED RECORDS/ |
| 6/27/2014 | | PRO SE LETTER RECEIVED AND CLERKS RESPONSE | | | |
| 6/16/2014 | | PRETRIAL CONF SCHED ORDER | | | |
| 6/16/2014 | 11:00AM | PRETRIAL CONFERENCE | | PENNY FREESEMANN | |
| 5/20/2014 | | ORDER | | | ORDER ON DEFENDANT"S PRO SE MOTION (1) JANUARY 15, 2014, DEMURRER AND MOTION TO DISMISS THE INDICTMENT (2) JANUARY 15, 2014 MOTION TO COMPEL - DISMISSED/ |

| | | | | | |
|---|---|---|---|---|---|
| 5/8/2014 | 10:30AM | ARRAIGNMENT/CALENDAR CALL | | PENNY FREESEMANN | |
| 5/5/2014 | 09:30AM | ARRAIGNMENT/CALENDAR CALL | RESCHEDULE EVENT | PENNY FREESEMANN | |
| 4/7/2014 | | CONSOLIDATED MOTIONS PACKAGE | | | DEFENDANT"S DISCOVERY REQUEST AND NOTICE OF DEFENDANT"S ELECTION TO PROCEED/ |
| 4/7/2014 | | DEFENDANTS ELECTION TO PROCEED UNDER OCGA 17-16-1 | | | |
| 3/14/2014 | | PRO SE LETTER RECEIVED AND CLERKS RESPONSE | | | |
| 3/11/2014 | 2:30PM | STATUS CONFERENCE HEARING | | PENNY FREESEMANN | |
| 1/15/2014 | | PRO SE MOTION | DISMISSED | | MOTION TO COMPEL/ |
| 1/15/2014 | | PRO SE MOTION | DISMISSED | | DEMURRER AND MOTION TO DISMISS THE INDICTMENT/ |
| 1/10/2014 | | CONSOLIDATED MOTIONS PACKAGE | | | |
| 12/31/2013 | | PRO SE LETTER RECEIVED AND CLERKS RESPONSE | | | |
| 12/19/2013 10:54:09 AM | | SCN | | | INITIAL CASE SCREENING / SCANNING |
| 12/18/2013 | | INDICTMENT | | | |

[Return to Top]

© Copyright 2015 - Chatham County Courts