UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF GEORGIA

SAVANNAH DIVISION

| | |
|---|---|
| RODERICK BO JACKSON, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Case No. CV415-079 |
| KEVIN JOSEPH GROGAN, *et al.*, | ) ) ) |
| Defendant. | ) |

## ORDER

After a careful, *de novo* review of the file, the Court concurs with the Magistrate Judge's Report and Recommendation (R&R), doc. 7, to which no objections have been filed. Accordingly, the R&R is **ADOPTED**, and this case is **DISMISSED**.

**ORDER ENTERED** at Augusta, Georgia, this 29th day of October, 2015.

HONORABLE J. RANDAL HALL
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA